### FAILURE TO SHOW PREJUDICE.

Circuit Court of Cuyahoga County.

THE STATE BANKING & TRUST CO. v. C. A. KRAUSE, JR., TRUSTEE, ET AL.

Decided, October 26, 1908.

*Bill of Exceptions—Motion to Strike from Files.*

A motion to strike a bill of exceptions from the files on the ground that one of the defendants in error was not notified of its filing and so had no opportunity to file exceptions to it, will be overruled, the mover showing no prejudice to his rights.

*Smith, Taft & Arter*, for plaintiff in error.

*Carpenter, Young & Stocker, Kline Tolles & Goff* and *Smith, Taft & Arter*, contra.

WINCH, J.; HENRY, J., and MARVIN, J., concur.

Motion is made in this case by B. D. Nicola, one of the defendants, to strike the bill of exceptions from the files because the clerk failed to notify him of the filing of said bill, as required by Section 5301, Revised Statutes.

He suggests that perhaps he might have corrected the bill if it had been submitted to him, but he fails to point out any particulars in which the bill is wrong, or show any prejudice which might arise to his rights from a use of the bill in the case.

Motion overruled on authority of *Davies* v. *Railway Co.*, 71 O. S., 325.